IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-03523-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 76.25.205.26,

      Defendant.

---

## ORDER OF DISMISSAL

---

      In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of

John Doe filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on May 1, 2014 (ECF No. 12), it

is

      ORDERED that Defendant John Doe and this case are **DISMISSED WITHOUT**

**PREJUDICE**.

      Dated:  May 1, 2014

                  BY THE COURT:

                  s/ Wiley Y. Daniel
                  Wiley Y. Daniel
                  Senior United States District Judge